Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
04/02/2021 08:08 AM CDT

Nebraska Supreme Court Advance Sheets
308 Nebraska Reports
GARRISON v. OTTO
Cite as 308 Neb. 372

Margaret L. Garrison, appellee, v.
Logan M. Otto II, appellant.
___ N.W.2d ___

Filed February 5, 2021.    No. S-20-386.

Appeal from the District Court for Lancaster County: John A. Colborn, Judge. Affirmed.

Edith T. Peebles, of Brodkey, Cuddigan, Peebles, Belmont & Line, L.L.P., for appellant.

Adam R. Little, of Ballew Hazen, P.C., L.L.O., for appellee.

Heavican, C.J., Miller-Lerman, Cassel, Stacy, Funke, Papik, and Freudenberg, JJ.

Per Curiam.
This is an appeal of a domestic abuse protection order, which we moved to our docket. See Neb. Rev. Stat. § 24-1106(3) (Cum. Supp. 2018).

The court, having considered the oral arguments and having reviewed the record de novo, finds that the domestic abuse protection order entered by the trial court should be affirmed.

Affirmed.